UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CAROLE COPENHAVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.: 3:15-CV-244-TAV-HBG |
| | ) |
| WESTFIELD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For reasons stated in the memorandum opinion entered contemporaneously with this order, Court hereby **GRANTS** defendant's motion for summary judgment **[Doc. 5]** and **DENIES as moot** plaintiff's motion to strike [Doc. 14]. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ Debra C. Poplin
  CLERK OF COURT